UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONZI N.V., | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| GLOBAL FINANCIAL SERVICES, L.L.C., *et al.*, | § | |
|     *Defendants*, | § | CIVIL ACTION H-11-3642 |
| | § | |
| v. | § | |
| | § | |
| INTERACCIONES BANKING | § | |
| CORPORATION LTD , *et al.*, | § | |
|     *Third Party Defendants*. | § | |

## ORDER

Pending before the court is plaintiff Donzi, N.V.'s ("Donzi") motion for relief from the order staying this case. Dkt. 80. On August 28, 2012, this case was stayed following a suggestion of bankruptcy filed by third party defendant, Interacciones Banking Corporation Ltd. ("IBC"). Dkt. 73. The case was stayed as to all defendants and causes of action pending resolution of IBC's bankruptcy proceedings. The parties were ordered to notify the court when and if this case should be reopened.

Donzi now moves to lift the stay and reopen this case for the limited purpose of allowing Donzi to continue its litigation against defendant, Alejandro Lara Anzola ("Lara"). Lara opposes this motion. Donzi has informed the court, and provided proof thereof, that a settlement agreement has been reached and approved by the Bankruptcy Court between IBC's Liquidators, IBC, Donzi, and other parties to this action. The settlement agreement expressly preserved any claims with respect to Lara. Further, the liquidation proceeding of IBC's assets in Antigua is also nearing completion, as the Liquidators have liquidated all or nearly all of IBC's assets and advised Donzi's counsel that the Liquidators are authorized to make distributions to creditors. Because the bankruptcy proceeding (as it relates to this case) and the liquidation proceeding are complete or

nearly complete, the court finds that the stay entered on August 28, 2012 should be lifted for the limited purpose of permitting Donzi to continue its litigation against Lara.

Therefore, the STAY is LIFTED. Donzi and Lara are ORDERED to submit a proposed agreed scheduling order within ten days of entry of this order.

It is so ORDERED.

Signed at Houston, Texas on January 13, 2015.

_____
Gray H. Miller
United States District Judge