UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONZI N.V., | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| GLOBAL FINANCIAL SERVICES, L.L.C., *et al.*, | § | |
|     *Defendants*, | § | CIVIL ACTION H-11-3642 |
| | § | |
| v. | § | |
| | § | |
| INTERACCIONES BANKING | § | |
| CORPORATION LTD, *et al.*, | § | |
|     *Third Party Defendants*. | § | |

### ORDER OF PARTIAL DISMISSAL

Pending before the court is plaintiff, Donzi N.V.'s motion for partial dismissal. Dkt. 79. With the assent of Global Financial Services, L.L.C. ("Global"), Pinnacle Summer Investments, Inc. ("Pinnacle"), Alfredo Tellez ("Tellez"), and the Liquidators on behalf of Interacciones Banking Corporation, Ltd. ("IBC"), Donzi N.V. seeks entry of an order of partial dismissal of those claims that were the subject of the Settlement Agreement, dated January 31, 2013 between Donzi, Global, Pinnacle, Tellez, and the Liquidators on behalf of IBC. The settlement was approved on March 8, 2013 by Order of the United States Bankruptcy Court for the Southern District of Texas in the related Chapter 15 bankruptcy proceeding of IBC.

As such, the court finds Donzi's motion for entry of partial dismissal (Dkt. 79) should be GRANTED.

It is, therefore, ORDERED that all claims of Donzi against Global, Pinnacle, Tellez, and IBC, as represented by Liquidators, are hereby DISMISSED with prejudice.

It is further ORDERED that all claims of Global against Donzi and IBC, as represented by Liquidators, are hereby DISMISSED with prejudice.

It is further ORDERED that this Order does not dismiss or resolve any claims of Donzi, Global or the Liquidators against Lara, or any counterclaims that have been asserted by Lara against Donzi, which claims remain pending in the above-referenced action.

This Order is further without prejudice to the rights of any party who remains a party to this litigation to (a) seek to assert, by motion or otherwise as provided by rule or order, additional claims or defenses, and (b) object to the assertion of such additional claims or defenses.

Any unpaid costs of court shall be borne by the parties which have incurred same.

It is so ORDERED.

Signed at Houston, Texas on January 13, 2015.

_____
Gray H. Miller
United States District Judge